U.S. District Clerk,
of Southern District of
Texas...

United States Courts
Southern District of Texas
FILED

MAR 20 2023

Nathan Ochsner, Clerk of Court

I would like to bring forth a 42 USC 1983... Against t.d.c.j for wrongful restraints. I am currently housed in restrictive housing. Due to agents of t.d.c.j acting under color of law... And due to survallence (camera system) 2-14-2022 at 7:45 A.M. It was stated that evidence (footage) was central to the disciplinary case #20220103681. In which I was written a possession of a weapon. 6.0. Therefore since t.d.c.j has abused their authority, falsely giving me a disciplinary case. And having me wrongfully housed in Restrictive Housing due to their abuse... And refusing to fix the problem. And yet an still aid their co-works in there acting under color of State law...... In my Step 1 and Step 2: 2022112859, these issues were overlooked and negligence was the harm.

Memorial unit
Bridget Haynes         Head Warden
Timouthy Williams      Sgt
Ahovey                 COIV

Wainwright unit
Kurtis Pharr           Asst Warden

Sincerely yours,

Christopher Curtis
Christopher Curtis
tdcj #01094686
J.D. Wainwright
2665 Prison Road #4
Lovelady TX 75854

Due to the fact of the matter. I feel the courts should aid me... Due to the fact, the evidence prove the fact of the matter. Yet and still t.d.c.j "refused" to do the right thing. My line class is still Line 1, and it has been a year... So they refuse to follow their own rules. So, someone need to step in, And enforce the law/rules...