United States District Court
Southern District of Texas
**ENTERED**
May 03, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:23-0093

CHRISTOPHER CURTIS, TDCJ # 01094686, PLAINTIFF,

v.

BRIDGET HAYNES, *ET AL.*, DEFENDANTS.

## ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE*:

State inmate Christopher Curtis filed this civil-rights suit on March 20, 2023. On March 22, 20223, the Clerk entered a notice of deficient pleading instructing Curtis that, within 30 days, he was required to submit (1) a civil-rights complaint on the court's form and (2) the filing fee or an application to proceed *in forma pauperis* and a certified inmate trust-fund account statement. Dkt. 3. The Clerk supplied Curtis with the necessary forms. The notice warned that failure to comply with the deadline could lead to dismissal under Federal Rule of Civil Procedure 41(b).

Curtis's deadline for compliance was April 21, 2023. To date, he has not submitted any of the required materials.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). However, relief from this order may be granted if the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) includes submission of all materials as instructed in the Clerk's notice dated March 22, 2023.

The court orders that this case is dismissed without prejudice. All pending motions, if any, are denied as moot.

The Clerk will provide a copy of this order to the parties.

Signed on Galveston Island this  3rd  day of  May              , 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE